COURT OF APPEALS OF VIRGINIA

Present:   Judges Frank, Huff and Senior Judge Haley

**UNPUBLISHED**

RENT A CENTER, INC. AND
  FIDELITY & GUARANTY INS. CO.

MEMORANDUM OPINION[*]
v.      Record No. 2028-12-1                                PER CURIAM
                                                            MARCH 5, 2013
MARY BEATRICE PHILLIPS


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

> (Matthew J. Griffin; Angela F. Gibbs; Midkiff, Muncie & Ross, P.C.,
> on brief), for appellants.
>
> (Steven M. Legum; Goldblatt, Cohen & Legum, P.C., on brief), for
> appellee.


Rent A Center, Inc. and its insurer (hereinafter employer) appeal a decision of the

Workers' Compensation Commission (the commission) finding the claim of Mary Beatrice

Phillips (claimant) was not barred by the statute of limitations and finding the claimant's rights

with respect to the filing of a claim were prejudiced by employer's failure to timely file a first

report of accident with the commission.  We have reviewed the record and the commission's

opinion and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated

by the commission in its final opinion.  See Phillips v. Rent A Center, Inc., VWC File No. JCN

241-66-69 (Oct. 16, 2012).  We dispense with oral argument and summarily affirm because the

facts and legal contentions are adequately presented in the materials before the Court and

argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.